**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| **ERICA L. KLECKNER,** | : | |
| | : | **Bky. No. 15-11882 ELF** |
| Debtor. | : | |
| | : | |
| | | |
| | : | |
| **ERICA L. KLECKNER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **AES/EDUCAID,** | : | **Adv. No. 16-075** |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| **ERICA L. KLECKNER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **AES/BRAZOS/USBANK,** | : | **Adv. No. 16-076** |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| **ERICA L. KLECKNER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **AES/PHEAA,** | : | **Adv. No. 16-083** |
| Defendants. | : | |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Defendant's Motion for Summary Judgment in the above-captioned adversary proceeding, and for the reasons set forth in the accompanying Memorandum, **JUDGMENT** is entered in favor of AES/PHEAA and against the Plaintiff in each of the above adversary proceedings.

**Date: November 7, 2016**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:   Erica L. Kleckner
      448 Seville Street Unit Two
      Philadelphia, PA 19128-3633